# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH LAUFER,<br>    Plaintiff,<br><br>    v.<br><br>MEENA CORPORATION<br>    Defendant. | )<br>)<br>)   CIVIL ACTION<br>)   NO. 3:20-cv-30051-MGM<br>)<br>)<br>) |

## DEFAULT JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**DEFAULT JUDGMENT** entered for the plaintiff Deborah Laufer, against the defendant Meena Corporation, pursuant to the court's electronic order entered this date, granting plaintiff's motion for default judgment.

                                        **ROBERT M. FARRELL**,
                                        CLERK OF COURT

Dated: March 31, 2021           By /s/ *Maurice G. Lindsay*
                                           Maurice G. Lindsay
                                           Deputy Clerk

(Civil Judgment (Routine) 8 MGM.wpd - 11/98)
            [jgm.]